AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 05, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| SAFECO INSURANCE CO. OF AMERICA, | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| GILBERTO MENDOZA, and | ) |
| ANA LILIA NUNEZ BARAJAS, | |
| *Defendant* | |

Civil Action No.   4:23-CV-5049-TOR

## DECLARATORY JUDGMENT

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Plaintiff, Safeco Insurance Company of America, a foreign insurer, has no duty to defend or indemnify Gilberto Mendoza in Franklin County Superior Court case No. 22-2-50879-11.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   THOMAS O. RICE _____

on Plaintiff's Motion for Default Judgment (ECF No. 13).

Date:   September 5, 2023 _____

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry